UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X

THE SHINNECOCK INDIAN NATION,

            Plaintiff,

  - against -

THE STATE OF NEW YORK et al.,

            Defendants.

----------------------------------X

**ORDER**

05-CV-2887 (TCP)

PLATT, District Judge.

      By letter dated July 31, 2007, the Shinnecock Indian Nation requests that the Motion for Reconsideration and the Motion for Leave to Amend be adjourned without date until thirty days after the appeal is concluded and a mandate is issued by the United States Court of Appeals for the Second Circuit in the case styled <u>State of New York v. Oneida Indian Nation of New York</u>.

      Any reply to the Shinnecock Indian Nation's letter-request of July 31, 2007, should be served and filed with this Court on or before August 21st, 2007.

SO ORDERED.

                                          Thomas C. Platt, U.S.D.J.

Dated:    Central Islip, New York
            August 1st, 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------X

THE SHINNECOCK INDIAN NATION,

        Plaintiff,

- against -

THE STATE OF NEW YORK et al.,

        Defendants.

-----------------------------------X

**ORDER**

05-CV-2887 (TCP)

PLATT, District Judge.

By letter dated July 31, 2007, the Shinnecock Indian Nation requests that the Motion for Reconsideration and the Motion for Leave to Amend be adjourned without date until thirty days after the appeal is concluded and a mandate is issued by the United States Court of Appeals for the Second Circuit in the case styled <u>State of New York v. Oneida Indian Nation of New York</u>.

Any reply to the Shinnecock Indian Nation's letter-request of July 31, 2007, should be served and filed with this Court on or before August 21st, 2007.

SO ORDERED.

                                                   Thomas C. Platt, U.S.D.J.

Dated:     Central Islip, New York

            August 1st, 2007